**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND, et al.,

                              Plaintiffs,

    -against-

JOB OPPORTUNITIES FOR WOMEN, INC.,

                              Defendant.

------------------------------------ X

ORDER

17 Civ. 2712 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is directed to close the above-captioned action.

Dated: September 29, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE